**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER IRIAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN-FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-06228-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondents to immediately release Petitioner Carlos Javier Irias (A# 094-293-851) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property and documents confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are ordered from re-

detaining Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Granting Petition for Writ of Habeas Corpus to confirm that Petitioner has been released from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: November 19, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE